E-FILED
Monday, 06 November, 2017 03:54:35 PM
Clerk, U.S. District Court, ILCD

Print Form

**FILED**

NOV - 6 2017

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES DISTRICT COURT FOR THE**

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
OF ILLINOIS

Elizabeth Peters

Plaintiff(s)

vs.

Social Security
Administration,
Bloomington, Il.
McFarland Mental
Health Center, Springfield
Defendant(s),    Il.

17-1494

COMPLAINT - False Conviction
Placed in SSA file
denying $5,700.00

**Parties to this Complaint:**

Plaintiff's Name, Address and Phone Number

Elizabeth Peters
300 Greenbriar Drive PMB 42
NORMAL, IL.
61761
(845) 366-0592

Defendant's Name, Address and Phone Number

COMMISSIONER
Social Security Administration
Bloomington, Illinois
207 N. Williamsburg Dr.
Bloomington, Illinois 61704
(800) 772-1213

Defendant's Name, Address and Phone Number

McFarland Mental Health Center
901 Southwind Road
Springfield, Illinois 62703
(217) 786-6994

1

Defendant's Name, Address and Phone Number

2

3

4

5

(If you have more defendants, list them using the same outline on another piece of paper.
Attach additional sheets, if necessary)

6

**Jurisdiction**
(Reason your case is being filed in federal court)

7

8

The false criminal conviction was
entered into the Social Security
Administration database. This makes
it Federal.

9

10

11

**Statement of Claim:**
(State here as briefly as possible the facts of your case.)

12

13

14
• McFarland Mental Health Center
was allowed to enter April 3, 2017,
as a conviction date for a case
that was "dropped" by Judge
Costigan, Eleventh Circuit Court,
Bloomington, Illinois, into my
file in the SSA of Bloomington,
Illinois.

15

16

17

18

19
• Because of an erroneous conviction
date, the SSA refused to give
me three months of my Social
security account. This is
$5,700.

20

21

22
• I gave SSA 2 copies of the court
transcript, which shows no
conviction. The first copy was
entered into the SSA database,
but it could not be read. The
second file was put into an
envelop, and the administrator
stated the file would not be read.
• Wrongful conviction date remains in this file.

23

24

25

**Statement of Claim**
(continued):

- I'm asking this false conviction date be removed, and my $5,700, be given to me.
- I'm also asking that McFarland give me the 3 prescriptions that were not returned to me, as well as my Catholic Bible. They have been asked several times and refused.

This wowld close my case.

1

**Relief:**
(State briefly exactly what you want the court to do for you)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

**Jury Demand:**
(Optional)

19

20

21

22

23

24

Date                    Signature of Plaintiff

25

*settle*

1 | **PREVIOUS EFFORTS TO ~~RETAIN AN ATTORNEY~~**

2 | Describe briefly the efforts you have already made to retain an attorney. Indicate as accurately

3 | as possible how many attorneys you have contacted, and over what period of time. You need not

4 | identify the specific attorneys, and should not indicate the reasons they declined to represent you.

5 | I reported my problem to SSA-BIRMING-

6 | HAM, AL., SSA-WASHINGTON, D.C., and CFPB.

7 | THERE HAS BEEN NO RESPONSE FROM SSA-

8 | BIRMINGHAM OR CFPB. SSA-DC'S POSITION WAS

9 | GO BACK TO SSA-BLOOMINGTON, Il. OIG for SSA

10 | INVESTIGATES CITIZENS AGAINST NOT THE **MERITS OF CLAIM** REVERSE.

11 | Has the Equal Employment Opportunity Commission, the                    State Human Rights

12 | Commission, or other state or federal agency officially determined whether there is reasonable cause

13 | to believe that the allegations of your complaint are true?_____. If so, please identify the

14 | agency which made the finding, and the conclusion the agency reached. This is not

15 | a human rights issue._____

16 | _____.

17 | If there has been no such finding in your favor by a government agency, you may attach a brief

18 | statement showing why your claim has merit. Do not include exhibits or other evidence. Your

19 | statement is incorporated in this application and is subscribed under oath.

20 | **AFFIDAVIT OF SERVICE**

21 | The following is a list of all other parties, and their respective attorneys, who have appeared or

22 | answered in this action.

23 | PARTY                                                ATTORNEY

24 | _____              _____

25 | _____              _____

26 | _____              _____

27 |

28 | Application for Court-Appointed Counsel                                                2

1    I have directed a copy of this entire Application, by mail or by personal service, to the attorney

2    for each such party.

3    I, *Elizabeth Peters* , plaintiff in this action, swear that I have read

4    this entire Application, including any attachments, and the Complaint.  In accordance with 28 U.S.C.

5    § 1746, I declare under penalty of perjury that the foregoing information is true and correct.

6

7    Executed on this __2__ day of *November 2017*

8

9

10

11    *Elizabeth Peters*
      Signature of Plaintiff

12

13

14

15    Plaintiff's Name, Address and Telephone:

16    *Elizabeth Peters*

17    *300 Greenbriar Dr. PMB42*

18    *Normal, Il. 61761*

19    *(845) 366-0592*

20

21

22

23

24

25

26

27    Application for Court-Appointed Counsel                                        3

28    Revised 11/03