Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

| | |
|---|---|
| Elizabeth Peters, | ) |
| Plaintiff, | ) |
| vs. | ) Case Number: 17-cv-1494 |
| Social Security Administration and McFarland Mental Health Center, | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant Social Security Administration was dismissed from this matter on September 4th, 2018.

**IT IS FURTHER ORDERED AND ADJUDGED** that Judgment is entered in favor of the Plaintiff Elizabeth Peters and against Defendant McFarland Mental Health Center in the amount of $5,817.00 (three months' wages) and for her unreturned items, as alleged in her Complaint.

**Dated:**    9/4/2018

s/ Denise Koester
Denise Koester
Acting Clerk, U.S. District Court