1:17-cv-01494-JES-JEH    # 72    Filed: 07/26/19    Page 1 of 1

E-FILED
Friday, 26 July, 2019 10:35:23 AM
Clerk, U.S. District Court, ILCD

Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

**FILED**

for the

Central District of Illinois

JUL 2 6 2019

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **ELIZABETH PETERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case Number: 17-cv-1494** |
| | ) | |
| **ZHIHONG ZHANG and KATHLEEN TREANOR,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**. This action came before the Court, and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's case is dismissed for lack of jurisdiction.

Dated: 7/26/2019

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court